UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 18-9851-GW(KSx) | Date | February 21, 2019 |
|---|---|---|---|
| Title | *Carmen John Perri v. Mariscos Los Arcos, et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|

| Javier Gonzalez | Katie E. Thibodeaux | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Osman M. Taher | None Present |

**PROCEEDINGS:**   **SCHEDULING CONFERENCE**

Counsel for Defendant is not present.

The Court sets the following:

| | |
|---|---|
| Mediation Cutoff | June 28, 2019 |
| Post-Mediation Status Conference | July 1, 2019 at 8:30 a.m. |
| Discovery Cutoff | July 31, 2019 |
| Expert Discovery Cutoff | August 25, 2019 |
| Motion Hearing Cutoff | September 23, 2019 |
| Pretrial Conference | October 24, 2019 at 8:30 a.m. |
| Jury Trial | November 5, 2019 at 9:00 a.m. |

No further amendments allowed; compliance with FRCP 16 is required.

The parties are referred to ADR Procedure No. 2: Court Mediation Panel.

cc: ADR Program

|   | : | 02 |
|---|---|---|
|   | Initials of Preparer | JG |